1124 72 NEW YORK SUPPLEMENT
and 106 New York State Reporter

PEOPLE ex rel. ZOLLIKOFER, Appellant, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Proceeding by the people of the state of New York, on the relation of Oscar Zollikofer, against Thos. L. Feitner and others. T. Sutro, for appellant. James M. Ward, for respondents. No opinion. Order (69 N. Y. Supp. 793) affirmed, with costs, on authority of People ex rel. Sutphen v. Feitner, 45 App. Div. 542, 61 N. Y. Supp. 432.

PERCEVAL, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Charles Perceval against the Metropolitan Street Railway Company. H. A. Robinson (G. Glenn Worden, of counsel), for appellant. Spencer, Stickney & Ordway, for respondent.
PER CURIAM. There is nothing in this case save a conflict of evidence; the preponderance being with the plaintiff. Judgment affirmed, with costs.

In re PETCHESKY. (Supreme Court, Appellate Division, Second Department. July 25, 1901.) In the matter of the application of Morris Petchesky for a writ of mandamus, etc. No opinion. Order affirmed, with $10 costs and disbursements.

PETROLEO, Respondent, v. SOCIETA REDUCI DELLI PATRIE, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Marco Petroleo against the Societa Reduci Delli Patrie. John J. Freschi, for appellant. Aaron Morris, for respondent. No opinion. Judgment affirmed, with costs.

PETTERSON, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1901.) Action by John Petterson against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

PLATT et al., Respondents, v. NEW YORK & S. B. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Action by William O. Platt and another, trustees, etc., against the New York & Sea Beach Railway Company. No opinion. Motion for reargument denied. Motion for leave to appeal to the court of appeals granted.

PLATT et al., Respondents, v. NEW YORK & S. B. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 18, 1901.) Action by William O. Platt and another, trustees, against the New York & Sea Beach Railway Company and another. No opinion. Order settled, question certified, and stay granted.

PRESS PUB. CO., Respondent, v. HALLHEIMER, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by the Press Publishing Company against Max Hallheimer. M. Hallheimer, for appellant. Wilbur & Hart, for respondent. No opinion. Judgment affirmed, with costs.

PUGH, Respondent, v. O'ROURKE, Appellant. (Supreme Court, Appellate Term. June, 1901.) Action by Paul B. Pugh against Thomas F. O'Rourke. E. M. Friend, for appellant. H. S. Mack, for respondent.
PER CURIAM. It seems to us that the acceptance of the keys of the apartment and the immediate efforts of the plaintiff to relet the same on his own account were sufficient evidence of the plaintiff's acceptance of the surrender. The allowance of the full rent due was therefore error. The judgment below should have been limited to the sum of $80, due June 19, 1900. If the principal recovery shall be by stipulation reduced to that sum, with interest, the judgment in that event will be affirmed, without costs in this court. If not so reduced, the judgment will be reversed, and a new trial ordered, with costs to abide the event. Judgment affirmed, without costs, if reduced to $80. If not so reduced, judgment reversed, with costs to abide event.

QUIRK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 18, 1901.) Action by Maria Quirk against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

RADICAN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Action by Mary V. Radican, as administratrix, etc., of John J. Radican, deceased, against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

REED, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Term. June, 1901.) Action by Robert R. Reed against the Erie Railroad Company. R. R. Reed, for appellant. Stetson, Jennings & Russell, for respondent.
PER CURIAM. The contract of transportation between the plaintiff and defendant was fully performed by the latter when the plaintiff's trunk reached its destination and he was advised of its arrival, whereupon he voluntarily surrendered his check to the station agent. Whatever may have been done thereafter in the way of procuring an expressman by the agent was for the plaintiff's convenience, and in no way imposed any liability upon the defendant. Judgment affirmed, with costs.

REILLY, Respondent, v. CONNORS, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1901.) Ac-